AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DOUGLAS E. BENNETT | ) | Case No. 8:20-mj-2110 AEP |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 12, 2016-July 25, 2016__ in the county of __Pinellas__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1542 and 1028A | False Statement in Application and Use of Passport and Aggravated Identity Theft |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David M. Heddleston, SSA DSS
*Printed name and title*

Sworn before me over the telephone and signed pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 11/4/20

_____
*Judge's signature*

City and state: Tampa, Florida         ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David M. Heddleston, being duly sworn, depose and state the following:

1. I am a Supervisory Special Agent ("SSA") of the U.S. Department of State, Bureau of Diplomatic Security, Diplomatic Security Service ("DSS") and with the authority to obtain and execute arrest warrants as per 22 U.S. Code § 2709(a)(2). I have been employed as a federal law enforcement special agent since September 2004, which includes a period between June 2008 and April 2010 where I served as a special agent with the U.S. Department of Health and Human Services Office of Inspector General. I have been assigned to the DSS Orlando Office since August 2020. Currently my duties and responsibilities include, but are not limited to, conducting investigations into criminal violations of the laws of the United States related to U.S. passports, visas, and other travel documents used to transit international borders. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center at Glynco, Georgia. I have also received training at the Diplomatic Security Training Center regarding criminal investigations of the laws related to travel documents, and violations of federal law, including violations of Title 18 of the United States Code. Based on my training and experience, I am familiar

with federal criminal laws related to immigration offenses, identification fraud, and identity theft. As an SSA, I have participated in numerous investigations and have participated in the execution of arrest and search warrants.

2. As a Special Agent, I am authorized to investigate violations of the laws of the United States and to execute arrest and search warrants issued under the authority of the United States, as per 22 U.S. Code § 2709(a)(2). I have also received training at the Diplomatic Security Training Center regarding criminal investigations of the laws related to travel documents, and violations of federal law, including violations of Title 18 of the United States Code.

3. I submit this affidavit in support of an application for a criminal complaint and arrest warrant for Douglas E. BENNETT ("BENNETT"). This affidavit does not set forth every fact resulting from the investigation; rather, it sets forth facts sufficient to establish probable cause to believe that BENNETT committed violations of and 18 U.S.C. §§ 1542 (False Statement in Application and Use of Passport) and 1028A (Aggravated Identity Theft) in relation to an application for a passport submitted in 2016, resulting in the issuance of a U.S. passport in the name of G.E. on July 25, 2016. I am requesting that the Court issue an arrest warrant for BENNETT based upon

the following information that I have learned in my official capacity, by firsthand observations, as well as by receiving information from federal and local law enforcement in reference to this investigation.

## PROBABLE CAUSE

4. On July 12, 2016, an individual using the identity of "G.E.," social security number 021-XX-XX71, and date of birth October XX, 1940 signed and submitted a DS-82 passport renewal-by-mail application. The application listed a mailing and permanent address in Clearwater, Florida, the same address where the passport would have been mailed. The applicant included a previous U.S. Passport Book that had been issued on August 8, 2006. In the DS-82, the applicant left blank the section that stated, "list all other names [the applicant] have used." The applicant provided an emergency contact name of "L.A.," which the applicant identified as a "sister." The DS-82 bore a signature in the designated area and the date "12 July 2016." The warning above the signature line stated (paraphrasing) that the applicant declared under perjury that the applicant is a citizen of the United States, that the statements made on the application are true and correct, that the applicant had not knowingly and willfully made false statements or included false documents in support of the application, and that the applicant read and

understood the warning on the application. In response to the DS-82, the State Department National Passport Center ("NPC") issued a Passport Book on July 25, 2016 in the name of G.E.

5. The DS-82 in the name of G.E. was reviewed by the National Passport Center Fraud Program Managers ("NPC/FPM"), during an audit of a late issued Social Security Number. During the review, NPC/FPM discovered a death record for G.E. According to a Commonwealth of Massachusetts birth certificate, G.E. was born in Holyoke, Massachusetts in 1940. The birth certificate listed his parents as J.E. and C.E. According to a Commonwealth of Massachusetts death certificate, G.E. was recorded as deceased in 1945. The death certificate, again, listed his parents as J.E. and C.E. G.E.'s social security number and date of birth were the same as were listed in the July 12, 2016 passport application.

6. The NPC/FPM also conducted research on the name L.A.—the emergency contact name listed in the G.E. DS-82. A review of a DSP-11 (Application for a United States Passport) in the name of L.A. revealed that her parents were E. Bennett and I.M., she was born in Buffalo, New York, formerly used the name L. Bennett, and presently resided in Clearwater, Florida. Through an open sources search, NPC/FPM discovered an obituary from 1982 that listed BENNETT as the brother of L.A. The NPC/FPM

obtained a copy of BENNETT's New York birth certificate, which revealed his parents were E. Bennett and I.M., and that he was born in Buffalo, New York in 1944.

7. A search of criminal indices revealed that BENNETT was arrested on May 14, 1974, by the Wethersfield Police Department in Wethersfield, Connecticut. A search of media publications by NPC/FPM revealed a newspaper article from the Hartford Courant, dated January 4, 1975, that noted that BENNETT was convicted of multiple charges related to robbery, rape, kidnapping, and sexual assault, sentenced to 9-18 years in prison. The article also stated that BENNETT posted a bond pending appeal. Additional searches by NPC/FPM revealed an article in The Bridgeport Post, dated June 17, 1976, that stated that BENNETT, while on bond, did not appear for his sentence after his conviction was affirmed by the Connecticut State Supreme Court.

8. The Supreme Court of Connecticut issued an opinion stating that BENNETT was convicted on January 3, 1975 of robbery, kidnapping, sexual contact, rape and two counts of deviate sexual intercourse. The facts presented at jury trial were that the victim was confronted by BENNETT who was carrying a handgun and wearing a mask, while she was home alone on February 14, 1974. He forced his way into the house, looking for the victim's

father. She was robbed of cash, had her hands tied behind her back, covered her eyes with tape, dragged outside, disrobed and sexually assaulted by BENNETT. He forced her into a car where she was again raped and sexually abused by BENNETT and his companion for over an hour. Despite BENNETT's appeal, the Supreme Court of Connecticut affirmed his convictions. BENNETT was required to begin his sentence on May 24, 1976, however he never reported to serve his sentence. An active arrest warrant exists in relation to those charges.

9. DSS obtained details from Wethersfield Police Department records for BENNETT, including the booking photo, dated May 14, 1974, depicted on the bottom left. DSS also conducted a review a DSP-82 (Application for Passport by Mail) submitted in the name of G.E., submitted on or about January 25, 1982, depicted on the bottom middle. Finally, DSS conducted a review of the DS-82 submitted in the name of G.E. on or about July 12, 2016, depicted on the bottom right. As is evident below, the individual depicted in BENNETT's 1974 booking photo bears a resemblance to the individuals depicted in G.E.'s 1982 DSP-82 and 2016 DS-82.



10. On or about November 4, 2020, BENNETT was stopped by law enforcement leaving his home in Clearwater, Florida which is the same address as listed on the 2016 DS-82 in the name of G.E. Law enforcement conducted a fingerprint comparison of BENNETT which revealed that the booking fingerprints taken in 1974 were a match, confirming his true identity as BENNETT. BENNETT was discovered with a driver's license on his person in the G.E. identity, bearing BENNETT's photograph.

## CONCLUSION

11. Based on the foregoing facts, there is probable cause to believe that BENNETT committed false statement in an application for a U.S. passport and aggravated identity theft, in violation of 18 U.S.C. §§ 1542 and 1028A.

_____
David M. Heddleston, Supervisory Special Agent
U.S. Department of State, Bureau of Diplomatic Security, Diplomatic Security Service

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 41(d)(3) before me on November 4, 2020.

_____
HON. ANTHONY E. PORCELLI
UNITED STATES MAGISTRATE JUDGE