**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                     **Case No. 8:20-MJ-2110-AEP**

**DOUGLAS E. BENNETT**

_____/

### ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention

hearing has been held. I conclude that the following facts require the detention of

the Defendant pending trial in this case. The Defendant is charged in a criminal

complaint for making a false statement in an application and use of a passport in

violation of 18 U.S.C. § 1542, and for aggravated identity theft in violation of 18

U.S.C. § 1028A.

The United States proceeded by way of a proffer and requested pursuant to

18 U.S.C. §§ 3142(f)(2)(A) that the Defendant be detained pending the outcome of

the instant case as a serious risk of flight. The Defendant requested that the Court

fashion conditions of release and consider any suitable conditions.

Pursuant to 18 U.S.C. § 3142(g), to determine whether there are conditions

of release that will reasonably assure the appearance of a defendant, the Court

must consider various factors, to include: (1) the nature and circumstances of the

charged offense, (2) the weight of the evidence against the person, (3) the history

and characteristics of the person, and (4) the risk of danger to any person or the

community that the Defendant would present if released. _Id._ Here, the record

demonstrates that after being convicted of heinous crimes, including a violent

rape, the Defendant has been living under an assumed identity for the past 44

years.    Under these circumstances, I find by clear and convincing evidence that

there are absolutely no conditions available at this time to ensure that the

Defendant is not a risk of flight. Accordingly, the Defendant is ordered **DETAINED**.

The Defendant is committed to the custody of the Attorney General or his

designated representative for confinement in a corrections facility separate, to the

extent practicable, from persons awaiting or serving sentences or being held in

custody pending appeal.    The Defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel. On Order of a Court of

the United States or on request of an attorney for the Government, the person in

charge of the corrections facility shall deliver the Defendant to the United States

Marshal for the purpose of an appearance in connection with a court proceeding.

**Done and Ordered** in Tampa, Florida, this 6th day of November 2020.

ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:

       Counsel of Record
       Pre-Trial Services
       U.S. Marshal