UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-00364-WFJ-AAS

DOUGLAS BENNETT

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of Count One, a violation of 18 U.S.C. § 1542, False Statement in Application for a United States Passport, are as follows:

First: That the Defendant made a false statement in an application for a United States Passport;

Second: The Defendant made the statement intending to get a United States passport for his own use or the use of another; and

Third: The Defendant acted knowingly and willfully.

The essential elements of Count Two, a violation of 18 U.S.C. § 1028A, Aggravated Identity Theft, are:

> First: That the Defendant knowingly transferred, possessed, or used another person's identification documents;
>
> Second: Without lawful authority; and
>
> Third: During and in relation to False Statement in Application or Use of Passport.

The essential elements of Count Three, a violation of 18 U.S.C. § 922(g)(1), Possession of a Firearm by a Convicted Felon are:

> First: The defendant knowingly possessed a firearm in or affecting interstate or foreign commerce and
>
> Second: Before the Defendant possessed the firearm, the defendant had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense.

## PENALTIES

The maximum penalty for Count One is ten years' imprisonment, a fine of not more than $250,000, a term of supervised release of not more than three years, and a $100 special assessment.

The maximum penalty for Count Two is a mandatory term of imprisonment of two years to run consecutive to Count One and Count Three, a fine of not more than $250,000, a term of supervised release of not more than three years, and a $100 special assessment.

The maximum penalty for Count Three is ten years' imprisonment, a fine of not more than $250,000, a term of supervised release of not more than three years, and a $100 special assessment.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. §§ 982(a)(6) and 924(d), as outlined in the Indictment.

FACTUAL BASIS

Douglas Edward Bennett a/k/a Gordon Ewen, is a 76 year-old man who was convicted and sentenced to prison in 1976 in Connecticut. He was convicted by a jury in 1975 of several violent felony and sex offenses including robbery, kidnapping, sexual contact, rape, and two counts of deviate sexual intercourse. After his conviction Bennett was permitted to bond out of jail pending his appellate process. Eventually, the Connecticut State Supreme Court upheld and affirmed Bennett's criminal convictions and ordered him to turn himself in and to begin serving his prison sentence.

However, Bennett never turned himself in to serve his 9–18-year prison sentence and instead assumed a new identity and began a new life. Douglas Bennett thereafter became known as Gordon Ewen. Bennett's first known use of the Ewen identity was in 1976 when he applied for and received a late social security number as Gordon Ewen. Bennett lived in the Tampa area in the Middle District of Florida under this alias since at least 1994.

On July 12, 2016, Bennett signed and submitted a passport application in the Ewen identity. The Department of State issued the passport but identified potential fraud while reviewing late issued social security numbers. According to Massachusetts death records, Gordon Ewen died on February 13, 1945. Bennett has

3

received six U.S. Passports in the identity of Ewen since 1977.

The State Department's Diplomatic Security Service ("DSS") arrested Bennett on November 4, 2020, pursuant to a criminal complaint and arrest warrant signed by United States Magistrate Judge Anthony Porcelli. DSS also executed a search warrant at Bennett's house and his person for fingerprints the previous day. The fingerprints of Bennett matched the fingerprints of the Bennett from the Connecticut conviction, confirming his true identity. During the search warrant, law enforcement found both Bennett and Ewen identity documents, as well as a locked safe that was discovered in a crawlspace of the home. Inside the safe was Bennett's high school diploma, college diploma, a letter referring to him as both identities, and handwritten notes detailing the first time Bennett used the Ewen identity, how the documents were obtained, and both identity's social security numbers.

Additionally, inside Bennett's home a locked room in the garage was discovered to contain a firearm storage and reloading area. Inside the room included five firearms and approximately 4,819 rounds of ammunition. Agents from the Alcohol, Tobacco, Firearms and Explosives (ATF) were able to identify the firearms as follows: 12-gauge Mossberg shotgun, a .17 Savage Arms rifle, a .45 caliber Sturm, Ruger, & Co. pistol, a .22 caliber Sturm, Ruger & Co. long rifle, and a .357 Magnum caliber Sturm, Ruger & Co. None of the firearms were manufactured in the State of Florida.

During video visitations in Pinellas County Jail, Bennett received visits from family members related to his true identity. They discussed the case and the search

that was executed on Bennett's home. While speaking to family Bennett stated, "I would have explained to him (The Federal Judge) the entirety of things, said yes I started out as Douglas Bennett, but Douglas Bennett ceased to exist in 1977…and from that time forward, I've spent forty-three years being Gordon Ewen." In another visit with family, Bennett asks about his guns and ammunition. He explains he was able to sell a firearm for $1,200 two weeks before the search, and acknowledges the 22, a rifle, and ammunition in the home.

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:  */s/ Erin Claire Favorit*
Erin Claire Favorit
Assistant United States Attorney
Florida Bar No. 104887
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: erinfavorit@usdoj.gov

5

U.S. v. Douglas Bennett                           Case No. 8:20-cr-364-WFJ-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mr. David Christopher Hardy

                                               */s/ Erin Claire Favorit*
                                               Erin Claire Favorit
                                               Assistant United States Attorney
                                               Florida Bar No. 104887
                                               400 N. Tampa Street, Suite 3200
                                               Tampa, Florida 33602-4798
                                               Telephone:   (813) 274-6000
                                               Facsimile:    (813) 274-6358
                                               E-mail: erin.favorit@usdoj.gov